UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONALD D. RIFE,**

        **Plaintiff(s),**      **CASE NUMBER: 06-15417**
                              **HONORABLE VICTORIA A. ROBERTS**

**v.**

**COMMISSIONER OF
SOCIAL SECURITY,**

        **Defendant(s).**
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 15, 2007, Magistrate Judge Mona K. Majzoub. submitted a Report and Recommendation **[Doc. 6]** recommending that the Court grant Plaintiff's unopposed Motion to Dismiss **[Doc. 5]**. The Court, therefore, **GRANTS** Plaintiff's Motion to Dismiss Without Prejudice.

        **IT IS SO ORDERED.**

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: May 2, 2007

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and pro se plaintiff by electronic means or U.S. Mail on May 2, 2007. <br><br> s/Carol A. Pinegar <br> Deputy Clerk |